

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2013

No. 04-12-00783-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

**INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS**, Local 624

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16015
Honorable Laura Salinas, Judge Presiding

No. 04-13-00109-CV

**IN RE THE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

**ORAL ARGUMENT ADVISORY**

The panel assigned to hear oral argument in these consolidated proceedings is familiar with the facts and requests that the parties be prepared to address the applicability, if any, of this court's decision in *City of Laredo v. Mojica*, 399 S.W.3d 190 (Tex. App.—San Antonio 2012, pet. denied).

PER CURIAM

It is so **ORDERED** on July 24, 2013.

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] The proceeding in Cause No. 04-13-00109-CV arises out of Cause No. 2012-CI-16015, styled *Int'l Ass'n of Fire Fighters, Local 624 v. City of San Antonio*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the orders complained of were signed by the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court, Bexar County, Texas.